THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON NARADZAY, Appellant.

Submitted July 21, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.